No. 81–6453. MULDER v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 81–6473. CHAKA v. DEROBERTIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6480. FIELDS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 81–6497. LEWIS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 81–6518. STEERMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6533. ALDRIDGE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 81–6534. CLEVELAND v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–6572. WILLIAMSON v. FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 81–6581. SIMMS v. PATALINGHUG ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–6582. GUICHARD v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–6583. LIPPERT v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 81–6597. DROKE v. GOLDSBY, CLERK OF GENERAL SESSIONS COURT OF SHELBY COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–6612. ARNOLD v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.